United States District Court
Southern District of Texas
**ENTERED**
February 09, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICHARD SCHMIDT, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-16-3614 |
| | § | |
| MARK NORDLICHT, *et al.*, | § | |
| | § | |
| Defendants. | § | |

# REMAND ORDER

For the reasons identified in the accompanying Order Granting Motion for Remand, the plaintiff's motion to remand the case to the 129th District Court of Harris County, Texas, (Docket No. 17), is granted. The case is remanded to that court.

SIGNED on February 9, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge